UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTINE TROOST,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant.<br><br>UNITED STATES OF AMERICA,<br>    Counter-Plaintiff,<br><br>v.<br><br>CHRISTINE TROOST and EDWARD TROOST,<br>    Counter-Defendants. | No. 3:13-CV-4399-M (BF) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Motion for Summary Judgment of the United States [D.E. 30] is GRANTED.

**SO ORDERED** this 9th day of September, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS